UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE L. HOOPER,

       Plaintiff,                    Case no. 16-11723
                                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

     The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's January 25, 2017 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

     IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date:  February 23, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 23, 2017, using the ECF system.

s/William Barkholz
Case Manager